UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

DATA-COM TELECOMMUNICATIONS, INC.,

    Plaintiff,

-against-

EMPIRE INTERNATIONAL LTD.,

    Defendant.

---

Case No. 07 CV 3207

NOTICE OF REMOVAL

DEFENDANT DEMANDS A JURY TRIAL

Judge Pauley

*COUNSELORS:*

    *PLEASE TAKE NOTICE,* that a notice for the removal of the above-entitled action from the Supreme Court of the State of New York, County of Rockland, to the United States District Court for the Southern District of New York, a copy of which is annexed hereto, was duly filed on the 20th day of April, 2006.

    *PLEASE TAKE FURTHER NOTICE,* that upon the filing of said petition, a copy of the Notice was filed with the Clerk of the Supreme Court, Rockland County.

DATED: New York, New York
           April 20, 2007

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation
Attorneys for
EMPIRE INTERNATIONAL LTD.,

By: _____
LEO V. LEYVA, ESQ. (LL-9061)
STEVE M.S. MADRA (SM-5868)
900 Third Avenue, 16th floor
New York, NY 10022-4728
(212) 752-8000

To:
Brian K. Condon, Esq.
CONDON RESNICK LLP
Attorneys for Plaintiff
96 South Broadway
Nyack, NY 10960
(845) 358-8900

42540/0027-3105429v1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

DATA-COM TELECOMMUNICATIONS, INC., | Case No. _____

    Plaintiff,

-against- | **AFFIDAVIT OF SERVICE**

EMPIRE INTERNATIONAL LTD.,

    Defendant.

---

STATE OF NEW YORK    )
                                 ) ss
COUNTY OF NEW YORK  )

WILLIAM MONGE, being duly sworn, deposes and says:

    I am a resident of the State of New York, over the age of eighteen years, and not a party to the within action. My business address is Cole, Schotz, Meisel, Forman & Leonard, P.A., A Professional Corporation, 900 Third Avenue, New York, NY 10022. On April 20, 2007, I served the within **NOTICE OF REMOVAL** via FIRST CLASS MAIL at the address(es) set forth below:

    Brian K. Condon, Esq.
    CONDON RESNICK LLP
    Attorneys for Plaintiff
    96 South Broadway
    Nyack, NY 10960
    (845) 358-8900

                                            _____
                                                  WILLIAM MONGE

Sworn to before me this
20th day of April, 2007

_____
Notary Public

    Nolan E Shanahan
    Notary Public, State of NY
    No. 02SH5050730
    Qualified in New York County
    Commission Expires 10/16/09

42540/0027-3105439v1