UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

07 CV 3207

---

DATA-COM TELECOMMUNICATIONS, INC.,

        Plaintiff,

-against-

EMPIRE INTERNATIONAL LTD.,

        Defendant.

---

Case No. _____

**RULE 7.1 STATEMENT**

Judge Pauley

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for EMPIRE INTERNATIONAL LTD. (a private non-governmental party) certifies that EMPIRE INTERNATIONAL LTD. is not publicly held and there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

DATED: New York, New York
        April 20, 2007

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation
Attorneys for EMPIRE INTERNATIONAL LTD.,

By:_____
    LEO V. LEYVA, ESQ. (LL-9061)
    STEVE M.S. MADRA (SM-5868)
    900 Third Avenue, 16th floor
    New York, NY 10022-4728
    (212) 752-8000

To:

Brian K. Condon, Esq.
CONDON RESNICK LLP
Attorneys for Plaintiff
96 South Broadway
Nyack, NY 10960
(845) 358-8900

42540/0027-3105426v1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

DATA-COM TELECOMMUNICATIONS, INC.,

          Plaintiff,

-against-

EMPIRE INTERNATIONAL LTD.,

          Defendant.

---

Case No. _____

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                            ) ss
COUNTY OF NEW YORK  )

    WILLIAM MONGE, being duly sworn, deposes and says:

    I am a resident of the State of New York, over the age of eighteen years, and not a party to the within action. My business address is Cole, Schotz, Meisel, Forman & Leonard, P.A., A Professional Corporation, 900 Third Avenue, New York, NY 10022. On April 20, 2007, I served the within **RULE 7.1 STATEMENT** via FIRST CLASS MAIL at the address(es) set forth below:

        Brian K. Condon, Esq.
        CONDON RESNICK LLP
        Attorneys for Plaintiff
        96 South Broadway
        Nyack, NY 10960
        (845) 358-8900

                                          _____
                                              WILLIAM MONGE

Sworn to before me this
20th day of April, 2007

_____
Notary Public

John E Shanahan
Notary Public, State of NY
No. 02SH5050730
Qualified in New York County
Commission Expires 10/16/09

42540/0027-3105440v1