UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

DATA-COM TELECOMMUNICATIONS, INC.   Case No.: 07 CV 3207

        Plaintiff,

   -against-   **AFFIDAVIT OF SERVICE**

EMPIRE INTERNATIONAL LTD.,

        Defendants.

---

STATE OF NEW YORK  )
                                    )  ss
COUNTY OF NEW YORK  )

    WILLIAM MONGE, being duly sworn, deposes and says:

    I am a resident of the State of New York, over the age of eighteen years, and not a party to the within action. My business address is Cole, Schotz, Meisel, Forman & Leonard, P.A., A Professional Corporation, 900 Third Avenue, New York, NY 10022. On May 15, 2007, I served the within **VERIFICATION** via FIRST CLASS MAIL at the address(es) set forth below:

        Brian K. Condon, Esq.
        CONDON RESNICK LLP
        Attorneys for Plaintiff
        96 South Broadway
        Nyack, NY 10960
        (845) 358-8900

                                                        /s/ William Monge
                                                        WILLIAM MONGE

Sworn to before me this
15th day of MAY, 2007

/s/ Nolan E. Shanahan
Notary Public

42540/0027-3105769v1