USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/07

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DATA-COM TELECOMMUNICATIONS, INC.,

    Plaintiff,

-against-

EMPIRE INTERNATIONAL LTD.,

    Defendant.

Case No.: 07 CV 3207

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the parties in this matter, that plaintiff's time to move for a motion to remand from the Southern District of New York to New York State Supreme Court, New York County is extended from May 20th, 2007 to May 27th, 2007.

**IT IS FURTHER STIPULATED AND AGREED**, that defendant EMPIRE INTERNATIONAL LTD. does not waive any defense or opposition to any possible motion for remand made by plaintiff.

DATED:    New York, New York
             May 10, 2007

CONDON RESNICK LLP
Attorneys for Plaintiff
DATA-COM TELECOMMUNICATIONS, INC.,

By: /s/ Brian K. Condon
Brian K. Condon, Esq.
96 South Broadway
Nyack, NY 10960
(845) 358-8900

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation
Attorneys for Defendants
EMPIRE INTERNATIONAL LTD.

By: _____
STEVE M.S. MADRA
900 Third Avenue, 16th floor
New York, NY 10022-4728
(212) 752-8000

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
5/22/07

SO ORDERED

42540/0027-3105824v1