

# COLE SCHOTZ
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Attorneys at Law          A Professional Corporation

900 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10022-4728
212.752.8000   212.752.8393 FAX

**Steve M.S. Madra**
ASSOCIATE

**Reply to New York Office**
WRITER'S DIRECT LINE: 646-563-8922
WRITER'S DIRECT FAX: 646-521-8922
WRITER'S E-MAIL: SMadra@coleschotz.com

COURT PLAZA NORTH
25 MAIN STREET
P.O. BOX 800
HACKENSACK, NJ 07602 - 0800
201.489.3000   201.489.1536 FAX

June 29, 2007

**BY HAND**

The Honorable Judge William H. Pauley
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2210
New York, NY 10007

    Re:    Data-Com Telecommunications, Inc. v. Empire International, Ltd.
             Index Number: 074 CV 3207

Dear Honorable Judge:

    This firm represents the sole defendant in this matter, Empire International Ltd. Plaintiff has served a motion for remand against the defendant. The parties have previously sent a briefing schedule to the court, asking that it be so ordered. The parties have now stipulated to amend the briefing schedule. The amended briefing schedule is attached to this document. We ask the court to so-order the amended briefing schedule.

    Additionally, in response to plaintiff's motion for remand, we are serving and electronically filing a cross-motion seeking to amend the petition for removal and opposing plaintiff's motion for remand. A courtesy copy of the motion is provided to the court. (A copy of the cross-motion has been served on the plaintiff's counsel). We ask the court to so-order the amended briefing schedule and provide the parties with an oral argument date.

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
ATTORNEYS AT LAW

The Honorable Judge William H. Pauley
June 29, 2007
Page 2

    If there are any questions regarding the foregoing, please do not hesitate to contact us at (212) 752-8000.

    Respectfully submitted,

    COLE, SCHOTZ, MEISEL,
    FORMAN & LEONARD, P.A.

    Steve M.S. Madra

Enclosure

cc:    VIA FACSIMILE: (845) 358-8901
    Mr. Brian K. Condon, Esq.
    Attorneys for Plaintiff Data-Com Telecommunications Inc.
    Condon Resnick LLP
    96 South Broadway
    Nyack, New York 10960