

## COLE SCHOTZ
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Attorneys at Law
A Professional Corporation

Steve M.S. Madra
ASSOCIATE

Reply to New York Office
WRITER'S DIRECT LINE: 646-563-8922
WRITER'S DIRECT FAX: 646-563-8933
WRITER'S E-MAIL: SMadra@coleschotz.com

900 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10022-4728
212.752.8000  212.752.8393 FAX

COURT PLAZA NORTH
25 MAIN STREET
P.O. BOX 800
HACKENSACK, NJ 07602-0800
201.489.3000  201.489.1536 FAX

June 22, 2007

**VIA FACSIMILE (845) 358-8901**

Brian Condon, Esq.
Condon Resnick, LLP
96 South Broadway
Nyack, New York 10960

Re: Data-Com Telecommunications v. Empire International Ltd., Amended Briefing Schedule

Dear Mr. Condon:

As we discussed this morning, please find enclosed our amended briefing schedule:

If the schedule meets with your approval, please countersign the document below in the space provided so that we may advise the court that the parties have so stipulated.

Empire's opposition papers are to served in hand to Plaintiff by June 29, 2007.

Data-Com's Reply papers are to be served and filed by July 13, 2007.

The parties would jointly request oral argument for anytime after July 19, 2007 at the court's convenience. We thank you for your courtesies.

Very truly yours,

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

Steve M.S. Madra

So Stipulated
Brian Condon, Esq.
Counsel for Plaintiff, Data-Com Telecommunications Inc.

42540/0027-310628|v1                WWW.COLESCHOTZ.COM