EXHIBIT D

Exhibit D

UNITED LAWYERS

# AFFIDAVIT OF SERVICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND

---

DATA-COM TELECOMMUNICATIONS, INC.,

INDEX No: 2006/2007

PLAINTIFF

-against-

EMPIRE INTERNATIONAL LTD.

DEFENDANT

---

State of New York, County of ROCKLAND SS:
Karen Bell
Being sworn deposes and says that she is over the age of 18 years, is not a party to this action and resides in New Jersey

That on the 9th Day of MARCH 2007, at 4:22 P.M.

AT: 55 WALNUT STREET, NORWOOD, NEW JERSEY 07648

Deponent served the annexed: SUMMONS and VERIFIED COMPLAINT

Upon: EMPIRE INTERNATIONAL LTD

PERSONAL SERVICE ON CORPORATION. A CORPORATION delivering thereat a true copy to DONNA BARINGER, Deponent knew the said individual to be authorized to accept service.

DESCRIPTION-Deponent describes the individual served or spoken to as follows:
Sex: FEMALE Color: WHITE Hair: BROWN App. Age: 51 App. Ht.: 5'1" App. Wt.: 161
Other identifying features:

Sworn to before me this 12th
Day of MARCH, 2007

KAREN BELL
#1004468

DAWN L. WITKOWSKI (CONGIUSTI)
NOTARY PUBLIC, STATE OF NEW YORK
#01WI6136038
QUALIFIED IN ROCKLAND COUNTY
COMMISSION EXPIRES 10/31/2009