EXHIBIT B

# AFFIDAVIT OF SERVICE

*APR 19 PM 2:21*

*ROCKLAND COUNTY CLERK'S OFFICE*

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF ROCKLAND**

---

DATA-COM TELECOMMUNICATIONS, INC.,         INDEX No: 2006/2007

PLAINTIFF

-against-

EMPIRE INTERNATIONAL LTD.
                    **DEFENDANT**

State of New York, County of ROCKLAND SS:
Karen Bell
Being sworn deposes and says that she is over the age of 18 years, is not a party to this action and resides in New Jersey

That on the 9th Day of MARCH 2007, at 4:22 P.M.

AT: 55 WALNUT STREET, NORWOOD, NEW JERSEY 07648

Deponent served the annexed: SUMMONS and VERIFIED COMPLAINT

Upon: EMPIRE INTERNATIONAL LTD

**PERSONAL SERVICE ON CORPORATION. A CORPORATION** delivering thereat a true copy to **DONNA BARINGER**, Deponent knew the said individual to be authorized to accept service.

DESCRIPTION-Deponent describes the individual served or spoken to as follows:
Sex: FEMALE Color: WHITE Hair: BROWN App. Age: 51 App. Ht.: 5'1" App. Wt.: 161
Other identifying features:

Sworn to before me this 12th
Day of MARCH, 2007

*[signature] Karen Bell*
KAREN BELL
#1004468

*[signature] Dawn L. Witkowski (Congiusti)*

DAWN L. WITKOWSKI (CONGIUSTI)
NOTARY PUBLIC, STATE OF NEW YORK
#01WI6136038
QUALIFIED IN ROCKLAND COUNTY
COMMISSION EXPIRES 10/31/2009

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

DATA-COM TELECOMMUNICATIONS, INC.   Case No.: 07 CV 3207

                Plaintiff,

                                        **AFFIDAVIT OF SERVICE**

   -against-

EMPIRE INTERNATIONAL LTD.,

               Defendants.
-------------------------------------------------------

STATE OF NEW YORK      )
                                ) ss
COUNTY OF NEW YORK   )

      WILLIAM MONGE, being duly sworn, deposes and says:

      I am a resident of the State of New York, over the age of eighteen years, and not a party to the within action. My business address is Cole, Schotz, Meisel, Forman & Leonard, P.A., A Professional Corporation, 900 Third Avenue, New York, NY 10022. On June 28, 2007, I served the within **AFFIRMATION IN SUPPORT OF CROSS-MOTION TO AMEND PETITION FOR REMOVAL AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND WITH SUPPORTING EXHIBITS AND AFFIDAVITS** via FEDERAL EXPRESS at the address(es) set forth below:

      Brian K. Condon, Esq.
      CONDON RESNICK LLP
      *Attorneys for Plaintiff*
      96 South Broadway
      Nyack, NY 10960

                                                               */s/ William Monge*
                                                             WILLIAM MONGE

Sworn to before me this
28th day of June, 2007

*/s/ Nolan E Shanahan*
Notary Public

Nolan E Shanahan
Notary Public, State of NY
No. 02SH5050730
Qualified in New York County
Commission Expires 10/16/09

42540/0027-3106379v1