Case 1:07-cv-03207-WHP    Document 11    Filed 06/22/2007    Page 1 of 1
Case 1:07-cv-03207-WHP    Document 8-2    Filed 07/02/2007    Page 1 of 1    PAGE 02/02
06/22/2007  15:13   8453588901
ColeSchotz-NJ    6/22/2007 3:00:15 PM    PAGE    1/001    Fax Server



**COLE SCHOTZ**
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Attorneys at Law
A Professional Corporation

900 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10022-4728
212.752.8000  212.752.8393 FAX

Steve M.S. Madra
ASSOCIATE

Reply to New York Office
Writer's Direct Line: 646-563-8922
Writer's Direct Fax: 646-563-8933
Writer's E-Mail: SMadra@coleschotz.com

COURT PLAZA NORTH
25 MAIN STREET
P.O. BOX 800
HACKENSACK, NJ 07602-0800
201.488.8000  201.489.1536 FAX

June 22, 2007

*Application granted. Oral argument is scheduled for July 27, 2007 at 11:30 a.m.*

**VIA FACSIMILE (845) 358-8901**

Brian Condon, Esq.
Condon Resnick, LLP
96 South Broadway
Nyack, New York 10960

**SO ORDERED:**

*[signature]*
WILLIAM H. PAULEY III U.S.D.J.
7/3/07

Re:  Data-Com Telecommunications v. Empire International Ltd., Amended Briefing Schedule

Dear Mr. Condon:

As we discussed this morning, please find enclosed our amended briefing schedule:

If the schedule meets with your approval, please countersign the document below in the space provided so that we may advise the court that the parties have so stipulated.

Empire's opposition papers are to served in hand to Plaintiff by June 29, 2007.

Data-Com's Reply papers are to be served and filed by July 13, 2007.

The parties would jointly request oral argument for anytime after July 19, 2007 at the court's convenience. We thank you for your courtesies.

Very truly yours,

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

*[signature]*
Steve M.S. Madra

*[signature]*
So Stipulated
Brian Condon, Esq.
Counsel for Plaintiff, Data-Com Telecommunications Inc.

42540/0027-310628v1

WWW.COLESCHOTZ.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/3/07