Exhibit "A"

# AFFIDAVIT OF SERVICE

2007 APR 19 PM 2:21

ROCKLAND COUNTY
CLERK'S OFFICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND

---

DATA-COM TELECOMMUNICATIONS, INC.,   INDEX No: 2006/2007

PLAINTIFF

-against-

EMPIRE INTERNATIONAL LTD.
DEFENDANT

---

State of New York, County of ROCKLAND SS:
**Karen Bell**
Being sworn deposes and says that she is over the age of 18 years, is not a party to this action and resides in New Jersey

That on the 9th Day of MARCH 2007, at 4:22 P.M.

**AT: 55 WALNUT STREET, NORWOOD, NEW JERSEY 07648**

Deponent served the annexed: **SUMMONS and VERIFIED COMPLAINT**

Upon: **EMPIRE INTERNATIONAL LTD**

**PERSONAL SERVICE ON CORPORATION. A CORPORATION** delivering thereat a true copy to **DONNA BARINGER**, Deponent knew the said individual to be authorized to accept service.

DESCRIPTION-Deponent describes the individual served or spoken to as follows:
Sex: **FEMALE** Color: **WHITE** Hair: **BROWN** App. Age: **51** App. Ht.: **5'1"** App. Wt.: **161**
Other identifying features:

Sworn to before me this 12th
Day of MARCH, 2007

KAREN BELL
#1004468

DAWN L. WITKOWSKI (CONGIUSTI)
NOTARY PUBLIC, STATE OF NEW YORK
#01WI6136038
QUALIFIED IN ROCKLAND COUNTY
COMMISSION EXPIRES 10/31/2009

UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

DATA-COM TELECOMMUNICATIONS, INC.,

        Plaintiff(s),

-against-

EMPIRE INTERNATIONAL, LTD.,

        Defendant(s).

---

## AFFIRMATION IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND AND IN OPPOSITION TO DEFENDANT'S CROSS-MOTION TO AMEND THE PETITION FOR REMOVAL

---

**CONDON RESNICK, LLP**
*Attorneys for Plaintiff, Data-Com Telecommunication, Inc.*
96 SOUTH BROADWAY
NYACK, NEW YORK 10960
(845) 358-8900

---

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Signature:_____

Print Signer's Name: Brian K. Condon

---

Service of a copy of the within          is hereby admitted.

Dated:

        _____
        Attorney(s) for

---

PLEASE TAKE NOTICE

[ ] NOTICE OF ENTRY    that the within is a (certified) true copy of a entered in the office of the clerk of the within named Court on

[ ] NOTICE OF SETTLEMENT    that a _____ of which the within is a true copy will be presented for settlement to the Hon. _____ one of the judges of the within named Court, at
on Dated:

        **CONDON RESNICK, LLP**

        By:_____
        *Attorney for Plaintiff,*
        *Data-Com Telecommunications, Inc.*
        96 SOUTH BROADWAY
        NYACK, NEW YORK 10960
        (845) 358-8900

To: