

**COPY**

## COLE SCHOTZ
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Attorneys at Law          A Professional Corporation

900 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10022-4728
212.752.8000  212.752.8393 FAX

**Leo V. Leyva**
MEMBER
ADMITTED IN NJ AND NY

Reply to New York Office
WRITER'S DIRECT LINE: (201) 525-6294
WRITER'S DIRECT FAX: (201) 678-6294
WRITER'S E-MAIL: lleyva@coleschotz.com

COURT PLAZA NORTH
25 MAIN STREET
P.O. BOX 800
HACKENSACK, NJ 07602-0800
201.489.3000  201.489.1536 FAX

September 12, 2007

**VIA FACSIMILE AND REGULAR MAIL**

Judge William H. Pauley, III
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 2210
Courtroom 11D
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/07

**MEMO ENDORSED**

Re:  Data-Com Telecommunications, Inc. v. Empire International, Ltd.
     Civil Action Number 07-CV-3207

Dear Judge Pauley:

This firm represents defendant Empire International, Ltd. ("Empire") in connection with the above-referenced action currently pending before Your Honor. Pursuant to my telephone conversation with Your Honor's chambers this afternoon, <u>it is respectfully requested that the oral argument of the Plaintiff's motion to remand and Empire's cross-motion to amend the petition for removal be adjourned from September 20, 2007</u>. Please feel free to contact me if any additional information is required in support of this application. Thank You for Your consideration.

Respectfully submitted,

Leo V. Leyva

LVL:nes
cc:  Brian K. Condon, Esq. (Counsel for Plaintiff)
     Nolan E. Shanahan, Esq.

*Application granted.*

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.

*Oral argument will take place September 27, 2007 at 11:00 a.m.*

42540/0027-3107303v1

WWW.COLESCHOTZ.COM