AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN          DISTRICT OF          NEW YORK

## APPEARANCE

Case Number: 07-CV-3207

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Empire International, Ltd.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/26/2007 | *[signature]* |
| Date | Signature |
| | Nolan E. Shanahan — NS-4598 |
| | Print Name — Bar Number |
| | Cole, Schotz, Meisel, Forman & Leonard, P.A. 900 Third Ave |
| | Address |
| | New York — NY — 10022 |
| | City — State — Zip Code |
| | (212) 752-8000 — (212) 752-8393 |
| | Phone Number — Fax Number |