USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/07

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

......................................................

DATA-COM TELECOMMUNICATIONS, INC.,

                Plaintiff,

     -against-

EMPIRE INTERNATIONAL, LTD.,

                Defendant.

......................................................

Civil Action No. 07 CV 3207 (WHP)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties to the above-captioned action, that plaintiff's motion to remand this action to Supreme Court of the State of New York, Rockland County and for an award of attorneys' fees in connection with that motion is hereby withdrawn.

IT IS FURTHER STIPULATED AND AGREED, that defendant's cross-motion to amend the notice of removal is hereby withdrawn.

IT IS FURTHER STIPULATED AND AGREED, that the proper venue for this action is the Supreme Court of the State of New York, New York County.

IT IS FURTHER STIPULATED AND AGREED, that this action be remanded to the Supreme Court of the State of New York, Rockland County for further proceedings.

42540/0027-3107675v1

IT IS FURTHER STIPULATED AND AGREED, that upon remand to Supreme Court of the State of New York, Rockland County, the parties will cooperate and take all necessary steps to effectuate the transfer of the action from that Court to the Supreme Court of the State of New York, New York County.

Dated: New York, New York
       October 9, 2007

CONDON RESNICK, LLP

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

By: _____
       Ellen O'Hara Woods (EW-5338)
Attorneys for Plaintiff
Data-Com Telecommunications, Inc.
96 South Broadway
Nyack, New York 10960
(845) 358-8900

By: _____
       Nolan E. Shanahan (NS-4598)
Attorneys for Defendant
Empire International, Ltd.
900 Third Avenue, 16th Floor
New York, New York 10022
(212) 752-8000

SO ORDERED:

_____
Hon. William H. Pauley, III, U.S.D.J.
        10/12/07

2

10/10/2007  13:32    8453588901              CONDONRESNICK LLP                    PAGE  03/03
    ColeSchotz-NJ        10/9/2007 4:14:40 PM  PAGE   3/003   Fax Server

IT IS FURTHER STIPULATED AND AGREED, that upon remand to Supreme Court of

the State of New York, Rockland County, the parties will cooperate and take all necessary steps

to effectuate the transfer of the action from that Court to the Supreme Court of the State of New

York, New York County.

Dated: New York, New York
    October 9, 2007

CONDON RESNICK, LLP                    COLE, SCHOTZ, MEISEL, FORMAN &
                                       LEONARD, P.A.

By: _____           By: _____
    Ellen O'Hara Woods (EW-5338)           Nolan E. Shanahan (NS-4598)
Attorneys for Plaintiff                Attorneys for Defendant
Data-Com Telecommunications, Inc.      Empire International, Ltd.
96 South Broadway                      900 Third Avenue, 16th Floor
Nyack, New York 10960                  New York, New York 10022
(845) 358-8900                         (212) 752-8000

SO ORDERED:


Hon. William H. Pauley, III, U.S.D.J.
    10/12/07

2

425J0/0027-3107675v1